**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **McM, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4049516** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **14854 82nd Street NE**<br>**Saint Thomas, ND 58276-9547**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pembina**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **McM, Inc.**                                                        Case number (*if known*) _____
         Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____1211____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No
☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **McM, Inc.**

_____     Case number (_if known_) _____
Name

**11. Why is the case filed in _this district?_**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

■ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **Cattle located at rural Inkster, ND**
                            **Potato seed located in Crystal, ND, 58222-0000**
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **McM, Inc.**
_____
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 10, 2017**
                          MM / DD / YYYY

**X** **/s/ Ronald G. McMartin, Jr.**
_____
Signature of authorized representative of debtor

**Ronald G. McMartin, Jr.**
_____
Printed name

Title   **President**
_____

**18. Signature of attorney**

**X** **/s/ Jon R. Brakke**
_____
Signature of attorney for debtor

Date   **February 10, 2017**
              MM / DD / YYYY

**Jon R. Brakke**
_____
Printed name

**Vogel Law Firm**
_____
Firm name

**218 NP Avenue**
**P. O. Box 1389**
**Fargo, ND 58107-1389**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(701) 237-6983**         Email address   _____

**03554**
_____
Bar number and State

AGASSIZ DRAIN TILE
16234 13TH ST NE, SUITE #1
BUXTON, ND 58218

.

AGRI FINANCIAL SERVICES, INC.
DIV. OF CGB ENTERPRISES
ATTN: LEASE ACCOUNTING
PO BOX 34390
LOUISVILLE, KY 40232

AGRISIGHT, INC.
PO BOX 7202
ANN ARBOR, MI 48107

AIRGAS USA, LLC
6055 ROCKSIDE WOODS BLVD. N.
INDEPENDENCE, OH 44131-2329

BMO HARRIS BANK, N.A.
PO BOX 6290
CAROL STREAM, IL 60197

BRAD A. SINCLAIR
KALER DOELING, PLLP
3429 INTERSTATE BOULEVARD SOUTH
P. O. BOX 9231
FARGO, ND 58106-9231

CHOICE FINANCIAL
407 12TH ST.
PO BOX 468
WALHALLA, ND 58282

CNH CAPITAL - CRA PMT CENTER
PRODUCTIVITY PLUS ACCOUNT
DEPT. 93 1100405947
PO BOX 78004
PHOENIX, AZ 85062-8004

CNH CAPITAL-AMERICA LLC
LOCKBOX 330
PO BOX 7247
PHILADELPHIA, PA 19170-0330

CROP PRODUCTION SERVICES
4500 54TH AVE
GRAND FORKS, ND 58203

DAVID T. B. AUDLEY
CHAPMAN AND CUTLER LLP
110 WEST MONROE STREET
CHICAGO, IL 60603-4080

DEERE & COMPANY
3950 38TH AVE
MOLINE, IL 61265

DEERE CREDIT INC.
PO BOX 4450
CAROL STREAM, IL 60197-4450

EIDE BAILLY
4310 17TH AVE S
PO BOX 2545
FARGO, ND 58104

FARM CREDIT LEASING COMPANY
600 HIGHWAY 169
SUITE 300
MINNEAPOLIS, MN 55426

FORD CREDIT DETROIT
PO BOX 552679
DETROIT, MI 48255-2679

GENERAL EQUIPMENT & SUPPLIES, INC.
PO BOX 2145
FARGO, ND 58107-2145

GW & SONS CONSTRUCTION INC.
155 N 52ND ST
GRAND FORKS, ND 58203

HANSONS AUTO &   IMPLEMENT, INC.
14830 HWY 17
GRAFTON, ND 58237

IRONHIDE EQUIPMENT CO.
3903 GATEWAY DRIVE
GRAND FORKS, ND 58203

JOHNSON POTATO COMPANY, IN
PO BOX 114
WALHALLA, ND 58282

JOSHUA A. HASKO
MESSERLI & KRAMER P.A.
100 SOUTH FIFTH STREET, SUITE 14
MINNEAPOLIS, MN 55402

KENNY JOHNSON
PO BOX 646
WALHALLA, ND 58282

KINETIC LEASING
P. O. BOX 9785
FARGO, ND 58106

MACK FINANCIAL SERVICES
PO BOX 7247-0236
PHILADELPHIA, PA 19170-0236

MERCHANT BANK EQUIPMENT F
7600 PARKLAWN AVENUE
MINNEAPOLIS, MN 55435

MERCHANTS CAPITAL RESOURCL
PO BOX 228
WINONA, MN 55987

METLIFE INSURANCE COMPANY
2280 45TH ST SOUTH, SUITE C
FARGO, ND 58104

MICHAEL T. BENZ
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
CHICAGO, IL 60603-4080

MIDWAY SEED
10095 HWY 18
CAVALIER, ND 58220

MW CORNHEADS, INC.
124 163RD AVE SE
HILLSBORO, ND 58045-9152

TERRANCE J. WAGENER
MESSERLI & KRAMER P.A.
100 SOUTH FIFTH STREET, SUITE 1400
MINNEAPOLIS, MN 55402

NARLOCH TRUCKING LLP
1255 S 36TH ST
GRAND FORKS, ND 58201

THOMAS J. LALLIER
FOLEY & MANSFIELD P.L.L.P
250 MARQUETTE AVENUE, SUITE 1200
MINNEAPOLIS, MN 55401

NATIONWIDE AGRIBUSINESS
PO BOX 10479
DES MOINES, IA 50306-0479

THOMPSON & SONS INC., T.F.
14323 COUNTY ROAD 11
GRAFTON, ND 58237

NORTH VALLEY EQUIPMENT
A DIVSION OF CRARY INDUSTRIES, INC
1809 HWY 81 S
GRAFTON, ND 58237

TRINITY TRAILERS MFG, INC.
7533 SOUTH FEDERAL WAY
BOISE, ID 83716

NORTHDALE OIL
210 GATEWAY DRIVE NE, SUITE 1
EAST GRAND FORKS, MN 56721

WELLS FARGO CREDIT CARD
PO BOX 6426
CAROL STREAM, IL 60197-6426

PRO AG EQUIPMENT
3057 N. WASHINGTON ST
GRAND FORKS, ND 58203

WILBUR-ELLIS COMPANY, LLC
PO BOX 675023
DALLAS, TX 75267-5023

RCIS - RURAL COMMUNITY INSURANCE SERVICE
PO BOX 38
ANOKA, MN 55303-0038

RELIABLE DOOR & SUPPLY, LLC
1555 N 52ND STREET
GRAND FORKS, ND 58203

STONE'S MOBILE RADIO, INC.
1550 47TH AVE S
GRAND FORKS, ND 58201

T.E. O'TOOLE FARM SEED
8123 COUNTY ROAD 12
CRYSTAL, ND 58222

## United States Bankruptcy Court
### District of North Dakota

In re   **McM, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **McM, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 10, 2017**

Date

**/s/ Jon R. Brakke**

**Jon R. Brakke 03554**

Signature of Attorney or Litigant

Counsel for   **McM, Inc.**

**Vogel Law Firm**
**218 NP Avenue**
**P. O. Box 1389**
**Fargo, ND 58107-1389**
**(701) 237-6983 Fax:(701) 476-7676**